1  LOUIS A. LEONE, ESQ. (SBN: 099874)
   KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
2  **LEONE & ALBERTS**
   A Professional Corporation
3  1390 Willow Pass Road, Suite 700
   Concord, CA  94520
4  Telephone:     (925) 974-8600
   Facsimile:     (925) 974-8601
5  E-Mail:  lleone@leonealberts.com
             kalberts@leonealberts.com
6
7  Attorneys for Defendant
   VACAVILLE UNIFIED SCHOOL DISTRICT
8
9  Roger A. Greenbaum (SBN 159450)
   Roger Greenbaum Equity Law & Mediation
10 290 South Main Street, # 542
   Sebastopol, CA 95473-0542
11 Telephone:     (415) 779-2506
   E-Mail:        rg@rogergreenbaum.com
12
13 Attorney for Plaintiffs
   Ryan Anenson, Sarah Anenson,
14 and Christian Anenson

15                 THE UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17

18 RYAN ANENSON; SARAH                      Case No.: 2:20-cv-00901-MCE-DB
   ANENSON; and CHRISTIAN
   ANENSON,
19

20              Plaintiffs,

21        vs.                               **STIPULATION AND ORDER
                                            EXTENDING TIME TO RESPOND TO
22 VACAVILLE UNIFIED SCHOOL                 COMPLAINT**
   DISTRICT; DIXON UNIFIED SCHOOL           **[Local Rule 144(a)]**
23 DISTRICT; SOLANO COUNTY
   SPECIAL EDUCATION LOCAL PLAN
24 AREA; SOLANO COUNTY OFFICE
   OF EDUCATION; and DOES 1-25,
25 inclusive, sued individually and in their
   respective official capacities,
26
27              Defendants.

28
                                         1
─────────────────────────────────────────────────────────────

1    Pursuant to Local Rule 144 of this Court, Plaintiffs RYAN ANENSON, SARAH

2  ANENSON, and CHRISTIAN ANENSON (collectively herein, "Plaintiffs"), and Defendants

3  VACAVILLE UNIFIED SCHOOL DISTRICT ("VACAVILLE USD"), DIXON UNIFIED

4  SCHOOL DISTRICT ("DIXON USD"), and SOLANO COUNTY OFFICE OF

5  EDUCATION ("SCOE"),  (Vacaville USD, Dixon USD and SCOE being collectively

6  sometimes referred to herein as, "STIPULATING DEFENDANTS"), by and through their

7  respective attorneys of record, do hereby stipulate and agree as follows:

8    1.  In the ordinary course by operation of law and without extension of time, the due

9  date for filing of a pleading by Defendant Vacaville USD in response to Plaintiffs' Complaint

10  would be August 3, 2020.  Shortly after service of process on Vacaville USD, its counsel

11  requested an extension of time for filing of a responsive pleading.  Subsequently, defendant

12  Vacaville USD by its counsel requested that such extension be for a period of 28 (twenty-

13  eight) days, as permitted by the Federal Rules of Civil Procedure and the Local Rules of this

14  Court.  Plaintiffs confirmed in July 2020, by their counsel, that Plaintiffs are willing to agree

15  to an extension of 28 (twenty-eight) days from and after August 3, 2020, that is, to August

16  31, 2020.

17    2.  In the ordinary course by operation of law and without extension of time, the due

18  date for filing of a responsive pleading by defendants Dixon USD and SCOE would be

19  August 7, 2020.  Defendants Dixon USD and SCOE by their counsel requested an extension

20  of time for filing of their respective responsive pleadings, and that such extension be for a

21  period of 28 (twenty-eight) days, as permitted by the Federal Rules of Civil Procedure and

22  the Local Rules of this Court.  Plaintiffs confirmed in August 2020, by their counsel, that

23  Plaintiffs are willing to agree to an extension of 28 (twenty-eight) days from and after August

24  7, 2020, that is, to September 4, 2020.

25    3.  Subsequently, in the interest of uniformity and efficiency, defendant Vacaville

26  USD requested that the due date for its responsive pleading be set at September 4, 2020,

27  subject to this Court's approval pursuant to Local Rule 144(a).  Plaintiffs hereby confirm that

28

2

STIPULATION EXTENDING TIME TO RESPOND TO              Case No. 2:20-cv-00901-MCE-DB
COMPLAINT

1  Plaintiffs stipulate to such extended due date of September 4, 2020, for responsive pleading

2  by Defendant Vacaville USD, subject to this Court's approval.

3      4.  In the interest of uniformity and efficiency, Plaintiffs asked Stipulating Defendants

4  herein to further stipulate that if any of them respond to the Complaint with any motion or

5  other matter setting a noticed date of hearing before this Court, then the date to be set by

6  Stipulating Defendants, or by any of them, for such hearing will be Thursday, October 29,

7  2020.  Defendants Vacaville USD, Dixon USD, and SCOE each hereby confirm that they

8  stipulate that the date of hearing to be selected by each of them on any such motion will be

9  Thursday, October 29, 2020.

10      5.  The Plaintiffs and Stipulating Defendants hereby stipulate and join in respectfully

11  requesting that this Court approve September 4, 2020 as the due date for responsive pleading

12  by Defendants Vacaville USD, Dixon USD and SCOE.

13  **IT IS SO STIPULATED.**

14  Dated:  August 7, 2020        **ROGER GREENBAUM EQUITY LAW &**

15                                    **MEDIATION**

16                                  /s/ Roger A. Greenbaum (as authorized on 8/7/20)
                                ROGER A. GREENBAUM

17                                  Attorney for Plaintiffs
                                RYAN ANENSON, SARAH ANENSON, and

18                                  CHRISTIAN ANENSON

19  Dated:  August 7, 2020        **LEONE & ALBERTS**

20                                  /s/ Katherine A. Alberts

21                                  KATHERINE A. ALBERTS
                                Attorney for Defendant

22                                  VACAVILLE UNIFIED SCHOOL DISTRICT

23  Dated:  August 7, 2020        **BERTRAND, FOX, ELLIOT, OSMAN &**

24                                      **WENZEL**

25                                  /s/ Heather Hensley (as authorized on 8/7/20)
                                HEATHER HENSLEY

26                                  Attorney for Defendants
                                DIXON UNIFIED SCHOOL DISTRICT and

27                                  SOLANO COUNTY OFFICE OF EDUCATION

28

STIPULATION EXTENDING TIME TO RESPOND TO        Case No. 2:20-cv-00901-MCE-DB
COMPLAINT

1

**ORDER**

2      The Court hereby approves the above Stipulation and orders that Defendants

3   VACAVILLE USD, DIXON USD, and SCOE shall respond to the Complaint in the above

4   captioned matter by no later than September 4, 2020.

5      IT IS SO ORDERED.

6   Dated:  August 10, 2020

7   _____
    MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION EXTENDING TIME TO RESPOND TO          Case No. 2:20-cv-00901-MCE-DB
COMPLAINT