| | |
|---|---|
| Eugene B. Elliot, State Bar No. 111475<br>Ethan M. Lowry, State Bar No. 278831<br>Heather G. Hensley, State Bar No. 313860<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:  eelliot@bfesf.com<br>  elowry@bfesf.com<br>  hhensley@bfesf.com<br><br>Attorneys for Defendants<br>DIXON UNIFIED SCHOOL DISTRICT,<br>SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA,<br>and SOLANO COUNTY OFFICE OF EDUCATION | Roger A. Greenbaum (SBN 159450)<br>Roger Greenbaum Equity Law & Mediation<br>290 South Main Street, # 542<br>Sebastopol, CA 95473-0542<br>Telephone:    (415) 779-2506<br>E-Mail:          rg@rogergreenbaum.com<br><br>Attorney for Plaintiffs<br>RYAN ANENSON, SARAH ANENSON,<br>and CHRISTIAN ANENSON |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ANENSON; SARAH ANENSON; and CHRISTIAN ANENSON,<br><br>  Plaintiffs,<br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT; SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA; SOLANO COUNTY OFFICE OF EDUCATION; and DOES 1-25, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00901-MCE-DB<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA AND SOLANO COUNTY OFFICE OF EDUCATION'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br><br><br>**Hon. Morrison C. England, Jr.** |

Pursuant to Local Rule 144(a), Plaintiffs RYAN ANENSON, SARAH ANENSON, and CHRISTIAN ANENSON, and Defendants SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA ("SELPA"), and SOLANO COUNTY OFFICE OF EDUCATION ("SCOE"), by and through their respective attorneys of records, do hereby stipulate to extend the time for Defendants SELPA and SCOE ("Defendants") to respond to the Complaint in the above captioned matter to September 11, 2020.

Plaintiffs and Defendants had previously agreed that responsive pleadings on behalf of Defendants would be due September 4, 2020.  On September 2, 2020, counsel for Defendants requested that Plaintiff dismiss those entities without prejudice.  Plaintiffs' counsel is considering this request, and in the interest of conserving the resources of the Court and the parties, the parties have stipulated to continue by 7 days the date on which responsive Pleadings on behalf of Defendants are due.  The Parties hope that this may result in avoiding an unnecessary motion to dismiss and/or strike on the issue of Defendants' viability as parties to the action

The Plaintiffs and Defendants hereby stipulate and join in respectfully requesting that this Court approve September 11, 2020, as the due date for responsive pleading by Defendants SELPA and SCOE.

IT IS SO STIPULATED.

Dated:  September 4, 2020			ROGER GREENBAUM EQUITY LAW & MEDIATION

						By:	*/s/ Robert A. Greenbaum*
							Roger A. Greenbaum
							Attorneys for Plaintiffs
							RYAN ANENSON, SARAH ANENSON, and
							CHRISTIAN ANENSON

Dated:  September 4 , 2020			BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

						By:	*/s/ Ethan M. Lowry*
							Eugene B. Elliot
							Ethan M. Lowry
							Heather G. Hensley
							Attorneys for Defendant
							DIXON UNIFIED SCHOOL DISTRICT, SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA,  and SOLANO COUNTY OFFICE OF EDUCATION

## ATTORNEY ATTESTATION

I, Ethan M. Lowry, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  September 4, 2020

*/s/ Ethan M. Lowry*
Ethan M. Lowry

## ORDER

SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA and SOLANO COUNTY OFFICE OF EDUCATION's responsive pleading to the Complaint is due September 11, 2020.

IT IS SO ORDERED.

Dated:  September 14, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE