1
2
3
4

Roger A. Greenbaum (SBN 159450)
Roger Greenbaum Equity Law & Mediation
290 South Main Street, # 542
Sebastopol, CA 95473-0542
Telephone:     (415) 779-2506
E-Mail:        rg@rogergreenbaum.com

5
6

Attorney for Plaintiffs
Ryan Anenson, Sarah Anenson,
and Christian Anenson

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 RYAN ANENSON; SARAH ANENSON; and CHRISTIAN ANENSON, | Case No. 2:20-cv-00901-MCE-DB |
| 11 | |
| 12 Plaintiffs, v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' AMENDED OPPOSITION PAPERS AND DEFENDANTS' REPLY PAPERS** |
| 13 VACAVILLE UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT; | |
| 14 SOLANO COUNTY SPECIAL EDUCATION | |
| 15 LOCAL PLAN AREA; SOLANO COUNTY OFFICE OF EDUCATION; and DOES 1-25, | [Local Rule 144] |
| 16 inclusive, | Date:        October 29, 2020 [*vacated by the court*] |
| 17 Defendants. | Time:         2:00 p.m. Courtroom:  7 |
| 18 | Judge:        Hon. Morrison C. England, Jr. |

19

20

21

22

## STIPULATION

23

24      Pursuant to Local Rule 144(a), Plaintiffs RYAN ANENSON, SARAH ANENSON, and

25  CHRISTIAN ANENSON ("Plaintiffs"), and Defendants VACAVILLE UNIFIED SCHOOL DISTRICT

26  ("Vacaville USD"), DIXON UNIFIED SCHOOL DISTRICT ("Dixon USD"), SOLANO COUNTY

27  SPECIAL EDUCATION LOCAL PLAN AREA ("SELPA"), and SOLANO COUNTY OFFICE OF

28

1

1  EDUCATION ("SCOE")(herein, Vacaville USD, Dixon USD, SCOE and SELPA being sometimes

2  collectively referred to as "Defendants"), by and through their respective attorneys of record, do hereby

3  each and severally mutually stipulate, with regard to the several Defendants' pending motions to dismiss,

4  to extend the time by two (2) court days, (1) for Plaintiffs  to file their Amended Objections to

5  Defendants' Requests for Judicial Notice and Plaintiffs' Amended Requests for Judicial Notice (herein,

6  "Plaintiffs' Amended RJN Filings"); and (2) for Defendants Vacaville USD, Dixon USD, SCOE and

7  SELPA to file their respective reply papers as to their respective pending motions to dismiss.

8       Pursuant to the provisions of Local Rule 230, Plaintiffs and Defendants had previously agreed

9  that the nominal hearing date for Defendants' several motions to dismiss herein would uniformly be set as

10  October 29, 2020; that Plaintiffs' opposition filing(s) would be due by October 15, 2020; and that

11  Defendants' several reply filings would be due by October 22, 2020.   Subsequent to the parties' setting of

12  the hearing date at October 29, 2020,  and pursuant to Local Rule 230(g), the Court by minute order on

13  September 8, 2020, advised that the October 29, 2020 hearing date on Defendants' motions to dismiss

14  was duly vacated, and that the motions would be deemed submitted without appearance and argument.

15  [Docket, Document No. 16.] The Court advised that if it finds oral argument is needed, it will be

16  scheduled at a later date.

17       With knowledge that the Court had vacated the October 29 hearing date, the parties entered into

18  the Stipulation described herein, aided in the belief that the extension of two court days for the referenced

19  filings by the several parties would not cause the Court to suffer any loss of time for review of and

20  deliberation on the parties' briefings of issues raised by the subject motions.

21       With regard to the several Defendants' pending motions to dismiss, Plaintiffs and Defendants

22  have agreed and do hereby mutually stipulate to request approval by the Court for enlargement of time

23  for (1) filing of supplemental, amended opposition-related filing(s) by Plaintiffs to and through October

24  19, 2020 (an extension of two (2) court days), and (2) filing of all Defendants' reply filings to and

25  through October 26, 2020 (an extension of two (2) court days).

26

27

28

STIPULATION AND ORDER TO EXTEND TIME REGARDING MOTION-RELATED FILINGS
Case No.: 2:20-cv-00901-MCE-DB

1   The Plaintiffs and Defendants hereby stipulate and join in respectfully requesting pursuant to

2   Local Rule 144(a) that this Court approve October 19, 2020, as the due date  for supplemental, amended

3   opposition-related filing(s) by Plaintiffs in regard to the motions to dismiss, and approve October 26,

4   2020, as the due date for all reply filings by Defendants.

5        IT IS SO STIPULATED.

6   Dated:  October 20, 2020          ROGER GREENBAUM EQUITY LAW & MEDIATION

7             By:      */s/ Roger A. Greenbaum*

8             Roger A. Greenbaum
              Attorneys for Plaintiffs

9             RYAN ANENSON, SARAH ANENSON, and
              CHRISTIAN ANENSON

10

11  Dated:  October 20, 2020          LEONE & ALBERTS

12            By:      */s/ Katherine A. Alberts*

13            Katherine A. Alberts
              Attorneys for Defendant

14            VACAVILLE UNIFIED SCHOOL DISTRICT

15

16  Dated:  October 20, 2020          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

17            By:      */s/ Heather G. Hensley*
              Eugene B. Elliot

18            Ethan M. Lowry
              Heather G. Hensley

19            Attorneys for Defendant
              DIXON UNIFIED SCHOOL DISTRICT, SOLANO

20            COUNTY SPECIAL EDUCATION LOCAL PLAN
              AREA,  and SOLANO COUNTY OFFICE OF

21            EDUCATION

22

23  **ATTORNEY ATTESTATION**

24       I, Roger A. Greenbaum, am the ECF user whose identification and password are being used to

25  file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in

26  the filing of these documents has been obtained from each of its Signatories.

27  Dated:  October 20, 2020          */s/ Roger A. Greenbaum*

28            Roger A. Greenbaum

STIPULATION AND ORDER TO EXTEND TIME REGARDING MOTION-RELATED FILINGS
Case No.: 2:20-cv-00901-MCE-DB

**ORDER**

The due date for Plaintiffs' Amended Objections to Defendants' Requests for Judicial Notice, and for Plaintiffs' Amended Request for Judicial Notice, in regard to the several Defendants' pending motions to dismiss, is hereby modified, and as so modified, is confirmed to be October 19, 2020.

The due date for the several Defendants' reply filings on their respective motions to dismiss, is hereby modified, and as so modified, is confirmed to be October 26, 2020.

IT IS SO ORDERED.

Dated:  October 23, 2020

_____

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME REGARDING MOTION-RELATED FILINGS
Case No.: 2:20-cv-00901-MCE-DB