Roger A. Greenbaum (SBN 159450)
Roger Greenbaum Equity Law & Mediation
290 South Main Street, # 542
Sebastopol, CA 95473-0542
Telephone:  (415) 779-2506
E-Mail:rg@rogergreenbaum.com

Attorney for Plaintiffs
Ryan Anenson, Sarah Anenson,
and Christian Anenson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ANENSON; SARAH ANENSON; and CHRISTIAN ANENSON,<br><br>Plaintiffs,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT; SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA; SOLANO COUNTY OFFICE OF EDUCATION; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00901-MCE-DB<br><br>**ORDER ON STIPULATION RE: PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Hon. Morrison C. England, Jr. |

The time permitted for filing by PLAINTIFFS RYAN ANENSON, SARAH ANENSON AND CHRISTIAN ANENSON of an Amended Complaint herein, pursuant to the leave to amend granted in the Memorandum and Order of the Court filed in this action on August 13, 2021, is hereby **EXTENDED** to and through **September 30, 2021**.

IT IS SO ORDERED.

Dated:  September 7, 2021

[signature]
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1