UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, Sacramento Division

| | |
|---|---|
| RYAN ANENSON;<br>SARAH ANENSON; and<br>CHRISTIAN ANENSON,<br><br>    Plaintiffs,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT; SOLANO COUNTY SPECIAL EDUCATION LOCAL PLAN AREA; SOLANO COUNTY OFFICE OF EDUCATION; STEPHANIE MARQUEZ, in her individual capacity; BRIAN DOLAN, in his individual capacity; and DOES 1-25, inclusive, sued individually and in their respective official capacities,<br><br>    Defendants. | CASE NO.:  2:20-cv-00901-MCE-DB<br><br>**ORDER**<br>**ON NOTICE OF MOTION AND MOTION**<br>**FOR LEAVE OF COURT TO WITHDRAW AS**<br>**COUNSEL TO PLAINTIFFS AND**<br>**FOR STAY OF PROCEEDINGS**<br><br>[L.R. 182(d)]<br><br>Hon. Morrison C. England, Jr.<br><br>Date:   January 12, 2023<br>Time:   10:00 a.m.<br>Courtroom:  7 (or by Zoom videoconference)<br><br>*Filed concurrently with Notice of Motion and Motion for Leave of Court to Withdraw and for Stay of Proceedings to Allow Plaintiffs to Seek New Counsel;*<br>*Declaration of Roger A. Greenbaum;*<br>*Request for Judicial Notice;*<br>*Proof of Service* |

**Order Granting Application to Withdraw and for Stay of Proceedings**    Page 1

**ORDER GRANTING MOTION FOR LEAVE FOR WITHDRAWAL AS COUNSEL OF RECORD, AND FOR STAY OF PROCEEDINGS**

The counsel of record to the plaintiffs in the above-captioned action, Roger A. Greenbaum, of Roger Greenbaum Equity Law & Mediation (herein, "Plaintiff's Counsel" or "Movant"), files herein a noticed motion (the "Motion") for leave of court to withdraw as counsel of record to plaintiffs Ryan Anenson, Sarah Anenson, and Christian Anenson (the "Plaintiffs").  On the basis of the health condition of Movant cited in the Motion, Plaintiffs consent to this Motion, and join in the request by Plaintiffs' Counsel that the Court stay all proceedings in this action for a period of 120 (one hundred twenty) days to afford Plaintiffs time to seek and secure new counsel, and to afford sufficient time for new counsel to review pending matters in this action so as to carry out effective representation, including, but not limited to, regarding Plaintiffs' prerogatives to utilize the grant of final leave to amend the Plaintiffs' operative complaint.  All Defendants who have appeared in the action have filed Statements of Non-Opposition with respect to the granting of the relief described in the Motion.

The Motion shows good cause for Movant's withdrawal, in accordance with the applicable provisions of the Rules of Professional Conduct of the State Bar of California.  The Motion also shows good cause for the requested stay of proceedings.

Therefore, the Court hereby grants Movant's Motion for leave to withdraw as counsel of record to the Plaintiffs herein, effective immediately upon Movant's filing of a proof of service on Plaintiffs' last known address, which is:

> 7612 Elizabeth Road
> Vacaville, CA 95688

In addition, the Court grants Plaintiffs' request for a stay, and this action is hereby stayed for a period of 120 (one hundred twenty) calendar days from the date this order is electronically filed, so that Plaintiffs may retain new counsel to fulfill Plaintiffs' needs for representation, including but not limited to, regarding Plaintiff's prerogatives to utilize the grant of final leave to amend the Plaintiffs' operative complaint.

///

Plaintiffs are directed to request electronic filing access through PACER.

IT IS SO ORDERED.

DATED: December 20, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE