UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ANENSON; SARAH ANENSON; and CHRISTIAN ANENSON,<br><br>Plaintiffs,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants, | No.  2:20-cv-0901 DJC DB PS<br><br><br>ORDER |

On December 20, 2022, plaintiffs' counsel was granted leave to withdraw.  (ECF No. 83.) Plaintiffs Ryan Anenson, Sarah Anenson, and Christian Anenson are now proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 20, 2023, defendants filed a motion to dismiss for lack of prosecution and noticed the motion for hearing before the undersigned on September 1, 2023, pursuant to Local Rule 302(c)(21).  (ECF No. 96.)  Pursuant to Local Rule 230(c) plaintiffs were to file an opposition or a statement of non-opposition to defendants' motion not less "than fourteen (14) days after the motion was filed."  Plaintiffs, however, have not filed a timely opposition or statement of non-opposition to the motion.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

Plaintiffs did, however, file a request for permission to file electronically on July 28, 2023.  (ECF No. 97.)  Plaintiffs state that such permission will allow plaintiffs "to expeditiously and efficiently file documents[.]"  (Id. at 1.)  Although plaintiffs' request is understandable, the undersigned is concerned that plaintiffs may not be aware of the court's requirements and the implications of being granted permission for electronic filing.  See generally Local Rules 131, 133, 137, 140, & 141.  Plaintiffs' motion, therefore, will be denied without prejudice to filing a renewed motion that acknowledges plaintiffs have reviewed all of the relevant Local Rules and requirements for electronic filing.

Plaintiffs filing also states that plaintiffs "have been making a diligent effort to find another attorney to represent us."  (ECF No. 97 at 1.)  In light of this representation, plaintiffs' pro se status, and in the interests of justice, the undersigned will continue the hearing of defendants' motion to provide plaintiffs an opportunity to obtain counsel and a final opportunity to oppose defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 1, 2023 hearing of defendants' motion to dismiss (ECF No. 96) is continued to **Friday, November 3, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify

2. On or before **October 20, 2023**, plaintiffs shall file an opposition or statement of non-opposition to defendants' motion[2];

3. Plaintiffs' July 28, 2023 motion for electronic filing (ECF No. 97) is denied without prejudice to renewal; and

4. Plaintiffs are cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

Dated:  August 28, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/anenson0901.cont.hrg

---

the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[2] Alternatively, if plaintiffs no longer wish to pursue this civil action, plaintiffs may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3