UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ANENSON; SARAH ANENSON; and CHRISTIAN ANENSON,<br><br>Plaintiffs,<br><br>v.<br><br>VACAVILLE UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants, | No. 2:20-cv-0901 DJC DB PS<br><br><br>ORDER |

      Plaintiffs are proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On October 31, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  (ECF No. 103.)  Plaintiffs have filed objections to the findings and recommendations.  (ECF No. 104.)

      The Magistrate Judge recommends this matter be dismissed for lack of prosecution.  In their objections, Plaintiffs argue they have been hindered in prosecuting this matter due to difficulties finding an attorney to represent them.

1

Plaintiffs request these proceedings be stayed for 180 days so they may secure representation, pointing to the fact that they are "making a diligent effort" to find an attorney and have requested access to electronic filing.

However, the Magistrate Judge in this case already took those facts into account in granting Plaintiffs an additional 53 days to oppose Defendant's Motion to Dismiss for Lack of Prosecution. (ECF No. 101.) To date, although Plaintiffs note in their objection that they oppose dismissal, they still have not filed an opposition.

Further, the Court observes that the prior attorney withdrew from this matter on December 20, 2022. (ECF No. 83.) While the Court is sympathetic to the difficulties of a party appearing pro se, that is not justification to let this case sit idle for over a year. From the Court's review of the docket, there has been no operative complaint in this case since Judge England granted dismissal of Plaintiffs First Amended Complaint with final leave to amend. (ECF No. 62.) In that Order – filed on October 25, 2022 – Judge England expressly warned that failure to file an amended complaint within 20 days of that order would result in dismissal with prejudice and without further notice to the Parties.

Despite their pro se status, the Plaintiffs in this case have had ample opportunity to prosecute their case and have failed to do so. For these reasons, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////
////
////
////
////
////
////
////

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 31, 2023 (ECF No. 103) are adopted in full;

2. Plaintiffs' Complaint (ECF No. 1) is dismissed without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 13, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/anenson0901.jo