## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RYAN ANENSON, ET AL.,**

CASE NO: **2:20−CV−00901−DJC−DB**

v.

**VACAVILLE UNIFIED SCHOOL DISTRICT, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/13/2024**

 

**Keith Holland**
Clerk of Court

ENTERED: **March 13, 2024**

by: /s/ A. Woodson
Deputy Clerk